**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO.** |
| | : | |
| | : | **MAGISTRATE NO. 23-MJ-264** |
| **JOHN ANTHONY SCHUBERT, JR.** | : | |
| Defendant. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, JOHN ANTHONY SCHUBERT, JR., also known as JOHN ANTHONY SCHUBERT III, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

                    Respectfully submitted,

                    MATTHEW M. GRAVES  
                    United States Attorney  
                    D.C. Bar No. 481052

By:     /s/ Anna Z. Krasinski  
         Anna Z. Krasinski  
         Attorney, detailed to the  
         United States Attorney's Office for the  
         District of Columbia  
         601 D Street, N.W.  
         Washington, DC 20530