UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 24-CR-77-CRC |
| JOHN ANTHONY SCHUBERT, | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF FILING OF
EXHIBITS UNDER LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice under Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel via USAfx, in relation its sentencing memorandum (ECF No. 29).  These exhibits will be offered into evidence during the sentencing hearing scheduled for July 11, 2024.

The proposed exhibits are as follows:

1. Government's Exhibit 1 is an open-source video filmed near Peace Circle and the West Plaza outside the U.S. Capitol building on January 6, 2021. The video is approximately 9 minutes and 52 seconds long.

2. Government's Exhibit 2 is an open-source video filmed near Peace Circle near the U.S. Capitol building on January 6, 2021.  The video is approximately 1 minute and 4 seconds long.

3. Government's Exhibit 3 is an open-source video filmed on January 6, 2021, including scenes filmed near Peace Circle and the West Plaza outside the U.S. Capitol building. The video is approximately 13 minutes and 41 seconds long.

4. Government's Exhibit 4 is an open-source video filmed on the West Plaza outside of the U.S. Capitol building on January 6, 2021. The video is approximately 1 minute and 11 seconds long.

5. Government's Exhibit 5 is a video filmed by another rioter on January 6, 2021. It depicts events outside and inside of the U.S. Capitol building on January 6, 2021. The video is approximately 31 minutes and 58 seconds long.

6. Government's Exhibit 6 is a clip from CCV footage in the U.S. Capitol building near the Senate Wing Door. The clip is approximately 2 minutes long. The events depicted occur between approximately 2:22 p.m. and 2:24 p.m. on January 6, 2021.

7. Government's Exhibit 7 is a clip from CCV footage in the U.S. Capitol building near the Statuary Hall Connector. The clip is approximately 15 minutes long. The events depicted occur between approximately 2:27 p.m. and 2:42 p.m. on January 6, 2021.

8. Government's Exhibit 8 is a clip from CCV footage in the U.S. Capitol building near the East Front House Door. The clip is approximately 16 minutes long. The events depicted occur between approximately 2:40 p.m. and 2:56 p.m.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney

By:    s/ *Anna Z. Krasinski*
    ANNA Z. KRASINSKI
    Assistant United States Attorney
    New Hampshire Bar No. 276778
    United States Attorney's Office
    Detailed from the District of New Hampshire
    (603) 451-7851
    anna.krasinski@usdoj.gov